IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MIRANDA L PANDA, et al.,**

      **Plaintiffs,**

                                            Civil Action 2:18-cv-1159
  **v.**                                        Judge George C. Smith
                                            Magistrate Judge Jolson

**SHANA M. KECKLEY, et al.,**

      **Defendants.**

## ORDER

This case has been reported settled.  **A telephonic status conference will be held on March 21, 2019 at 10:00 a.m., unless the dismissal entry is received prior to that time.**

IT IS SO ORDERED.

Date:  January 22, 2019                          /s/ Kimberly A. Jolson
                                                        KIMBERLY A. JOLSON
                                                        UNITED STATES MAGISTRATE JUDGE